1

2            **UNITED STATES DISTRICT COURT**

3            **EASTERN DISTRICT OF WASHINGTON**

4

5 TRAVIS ESPARZA,         )
                              )

6           Plaintiff,        )
                              )        NO.  CV-10-245-JPH

7      vs.                   )
                              )      **JUDGMENT IN A**

8 MICHAEL J. ASTRUE,       )          **CIVIL CASE**
Commissioner of Social Security,  )

9                              )
          Defendant.      )

10                              )

11 _____)

12        **DECISION BY THE COURT:**

13       This action came to hearing before the court.  The issues have been heard

14 and a decision has been rendered.

15        **IT IS ORDERED AND ADJUDGED** that:

16       Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's

17 Motion for Summary Judgment is **DENIED**.  Judgment is entered for Defendant.

18       DATED this 13th day of June, 2011.

19                            JAMES R. LARSEN
                           District Court Executive/Clerk

20

21

22                  by: __s/ Karen White_____
                     Deputy Clerk

23

24 cc: all counsel

25

26